UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RDI OF MICHIGAN, L.L.C.,

       Plaintiff,                                 CASE NO. 08-11177

v.                                             HON. LAWRENCE P. ZATKOFF

MICHIGAN COIN-OP VENDING, INC.,
JORDAN MIRCH, and DOES I-V and
ROES VI-XI,

       Defendants.
_____/

### DISMISSAL OF ORDER TO SHOW CAUSE

On June 27, 2008, this Court

> ORDER[ED] Defendants TO SHOW CAUSE why (1) Plaintiff's Motion for Preliminary Injunction should not be scheduled for a hearing, and (2) the relief requested by Plaintiff in its Motion for Preliminary Injunction should not be granted.

(Docket #37). On July 8, 2008, Defendants filed a document to satisfy the Court's Order to Show Cause. Accordingly, the Court hereby DISMISSES the Order to Show Cause issued against Defendants on June 27, 2008.

    IT IS SO ORDERED.

                                                      S/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: December 4, 2008

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 4, 2008.

                                              S/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290