UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RDI OF MICHIGAN, LLC,

      Plaintiff,

                                      Case No. 08-11177

v.                                    Hon.  Lawrence P. Zatkoff

MICHIGAN COIN-OP VENDING, INC,
JORDAN MIRCH, and DOES I-V and ROES
VI-IX,

      Defendants.

_____ /

**ORDER**

      In reviewing the docket in this case, the Court finds that several motions have not been addressed directly in writing (although some were ruled upon in open court and another was implicitly addressed by a written order of the Court).  Accordingly, for administrative purposes, the Court hereby ORDERS that:

    1.    Defendants' Motion for Order to Dissolve Temporary Restraining Order (Docket #9) is DENIED, as the Court ruled at the hearing held on March 27, 2008.

    2.    Defendants' Motion for Leave to File Response to Order to Show Cause Instanter (Docket #39) is GRANTED, as implicitly recognized in the Court's dismissal of the underlying Order to Show Cause.

    3.    The Motion for Withdrawal of Attorney Neil Rockind (Docket #42) as attorney for Defendants is GRANTED, as the Court ruled at the hearing held on October 14, 2008.

    4.    The Motion to Amend/Correct Motion for Leave to File and Serve First Amended Answer and Affirmative Defenses filed by Defendant Michigan Coin-Op Vending, Inc. (Docket #43) is GRANTED, for the reasons set forth therein.

IT IS SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
U.S. District Judge in the absence of
LAWRENCE P. ZATKOFF
U.S. District Judge

Dated:  January 26, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 26, 2009.

s/Marie E. Verlinde
Case Manager
(810) 984-3290