UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RDI OF MICHIGAN, LLC,

    Plaintiff,

v.

Case No. 08-11177
Hon. Lawrence P. Zatkoff

MICHIGAN COIN-OP VENDING, INC,
JORDAN MIRCH, and DOES I-V and ROES
VI-IX,

    Defendants.
_____/

**ORDER OF JUDGMENT**

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on February 18, 2010

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On February 9, 2010, the Court issued an Opinion and Order wherein it ordered Plaintiff to provide the Court with evidence that Plaintiff actually incurred the $42,193.11 in costs it has asked the Court to award against the only remaining defendant in this case, Jordan Mirch ("Mirch"). On February 12, 2010, Plaintiff filed with the Court: (1) an updated affidavit in support of Plaintiff's motion for costs, filed by Tracy Ann Wolf, the bookkeeper, secretary and treasurer of Plaintiff, (2) a list of costs incurred by Plaintiff, which list includes the date of the service/bill, the vendor name and the amount such vendor billed Plaintiff, and (3) invoices and documentation to support such costs.

The Court finds that the February 12, 2010, submission filed by Plaintiff satisfies the Court's request to produce evidence that Plaintiff incurred the costs it has asked the Court to award

to Plaintiff. The Court further finds that such documentation demonstrates that Plaintiff did incur the $42,193.11 Plaintiff is seeking in costs. Accordingly, the Court hereby AWARDS Plaintiff $42,193.11 in costs, to be paid by Mirch.

Now, therefore, as the Court has resolved all outstanding issues in this case, and as the Court has: (a) signed and entered the consent judgment between Michigan Coin-Op Vending, Inc., and (b) granted Plaintiff's motion for summary judgment against Mirch, the Court now enters judgment in this matter, as follows:

IT IS HEREBY ORDERED AND ADJUDGED that judgment of $264,140.61 is entered in favor of Plaintiff, such sum to be paid by Mirch, based on the following:

(1) The Court awarded Plaintiff $150,000.00 in statutory damages;

(2) The Court awarded Plaintiff $71,947.50 in attorney fees; and

(3) The Court awarded Plaintiff $42,193.11 in costs.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: February 18, 2010

CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 18, 2010.

                                    S/Marie E. Verlinde
                                    Case Manager
                                    (810) 984-3290