UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RDI OF MICHIGAN, LLC,

Plaintiff,

v.

Case No. 08-11177
Hon.  Lawrence P. Zatkoff

MICHIGAN COIN-OP VENDING, INC,
JORDAN MIRCH, and DOES I-V
and ROES VI-IX,

    Defendants.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the U.S. Courthouse,
in the City of Port Huron, State of Michigan,
on the 26TH day of October, 2011

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On October 20, 2011, Plaintiff filed two motions under seal (Docket #s 88 and 89). Both motions, generally speaking, address the judgment entered by this Court in this case, as well as the consent judgment entered into between Plaintiff and Defendant Jordan Mirch ("Mirch") in the U.S. Bankruptcy Court for the Eastern District of Michigan.

The Court notes that this case was closed on February 18, 2010, *i.e.*, over 19 months ago, when the Court entered judgment in favor of Plaintiff and against Mirch. The motions now pending before the Court: (1) are untimely; (2) do not seek to amend the judgment entered by the Court, and (3) otherwise request relief that this Court declines to grant.

Accordingly, for the reasons set forth above and without going into greater detail due to the fact that Plaintiff filed the motions under seal, the Court DENIES Plaintiff's motions filed as Docket #s 88 and 89.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff  
LAWRENCE P. ZATKOFF  
UNITED STATES DISTRICT JUDGE

Dated:  October 26, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 26, 2011.

s/Marie E. Verlinde  
Case Manager  
(810) 984-3290
